IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| David A. Garcia, : | |
| : | |
| Petitioner(s), : | |
| : | Case Number: 1:10cv525 |
| vs. : | |
| : | Chief Judge Susan J. Dlott |
| Warden, Chillicothe Correctional Institution, : | |
| : | |
| Respondent(s). : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge J. Gregory Wehrman filed on December 29, 2010 (Doc. 19), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired January 20, 2011, hereby ADOPTS said Report and Recommendation.

Accordingly, petitioner's motion for stay and abeyance and motion for leave to amend his motion for stay (Docs. 4, 5) are DENIED as moot.

IT IS SO ORDERED.

                                                                                                s/Susan J. Dlott
                                                                                                 Chief Judge Susan J. Dlott
                                                                                                 United States District Court